UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HIEU PHAM,

    Plaintiff,

    v.

BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

    Defendants.

Case No. 18-cv-01498-PJH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES**

During the hearing on defendants' pending motion to dismiss in the above-entitled case, the court was made aware of a purportedly identical pending action before the Honorable William H. Orrick, Pham v. Board of Regents of the University of California, et al., C 17-4194-WHO. While the causes of action differ between the two cases, the underlying factual allegations and parties appear to be the same.

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William H. Orrick for consideration of whether this case is related to Pham v. Board of Regents of the University of California, et al., C 17-4194-WHO.

**IT IS SO ORDERED.**

Dated: April 25, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge