UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HIEU PHAM,

    Plaintiff,

    v.

BRIAN BAST, et al.,

    Defendants.

Case No. 17-cv-04194-WHO

**VERDICT FORM**

We, the Jury, find as follows:

(1) Did Dr. Pham prove that Dr. Bast deprived him of his rights under the First Amendment to the Constitution by retaliating against him, violating 42 U.S.C. § 1983? (Jury Instruction Nos. 16 – 19)

    _____ YES      \_\_X\_\_ NO

(2) Did Dr. Pham prove that the University of California retaliated against him, violating California Labor Code § 1102.5? (Jury Instruction Nos. 20 – 23)

    _____ YES      \_\_X\_\_ NO

If your answer to either of questions 1 or 2 is YES, please proceed to questions 3 and 4. If your answer to each question was NO, please sign this verdict form as instructed below.

(3) Did Dr. Pham sustain any damages? If he did, in what amount(s)? (Jury Instruction Nos. 24 – 26)

> Past economic losses: $ _____
>
> Future economic losses: $ _____
>
> Past non-economic losses (including mental and emotional pain and suffering): $ _____
>
> Future non-economic losses (including mental and emotional pain and suffering): $ _____

(4) Was Dr. Bast's conduct malicious, oppressive, or in reckless disregard of Dr. Pham's rights? (Jury Instruction No. 27)

    _____ YES      _____ NO

*When you have reached your unanimous verdict, the jury foreperson should sign and date this form and contact the courtroom deputy, Ms. Davis.*

DATED: __7.18.23__

_____
JURY FOREPERSON